Daniel Nobice PETERS *v.* STATE of Arkansas

CR 04-201                                                                              153 S.W.3d 757

Supreme Court of Arkansas
Opinion delivered March 11, 2004

*Phillip A. McGough,* for appellant.

No response.

PER CURIAM. Appellant Daniel Nobice Peters, by and through his attorney, has filed a motion for rule on clerk. His attorney, Phillip A. McGough, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.